IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARCUS D. YOUNG                                                                    PETITIONER

vs.                                      Case No. 5:09-CV-00378-SWW/JTK

RAY HOBBS[1], Interim Director
Arkansas Department of Correction                                          RESPONDENT

## ORDER

Petitioner is hereby informed of his opportunity to reply within thirty (30) days to Respondent's arguments in his Response (DE #5) that the petition should be dismissed because it is untimely under 28 U.S.C. § 2244(d)(1), and Petitioner has not shown he is entitled to statutory tolling of the limitations period under § 2244(d)(2).  Petitioner may also reply to Respondent's argument that the petition should be dismissed as procedurally barred because Petitioner failed to properly appeal the denial of his state post-conviction petition under Ark. R. Crim. P. 37.1.  Petitioner may reply to any other argument in the Response.

SO ORDERED this 4th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1]Substituted for former Director Larry Norris pursuant to Fed. R. Civ. P. 25(d).