```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    PINE BLUFF DIVISION
```

MARCUS D. YOUNG
                                                                PETITIONER

v.                Case No. 5:09CV00378 SWW-JTK

RAY HOBBS, Director,
Arkansas Department of Correction
(originally named as Larry Norris)[1]                    RESPONDENT

### ORDER

The motion [doc.#15] of petitioner Marcus D. Young for an extension of thirty (30) days in which to file objections to the proposed findings and recommendations [doc.#14] from United States Magistrate Judge Jerome T. Kearney is hereby granted. Petitioner's objections are now due on or before May 11, 2011.

IT IS SO ORDERED this 19th day of April 2011.

                                      /s/Susan Webber Wright

                                      UNITED STATES DISTRICT JUDGE

---

[1] Under Rule 2 of the Rules Governing § 2254 Cases in the United States District Courts, the proper Respondent is the state officer who has custody of Petitioner. That officer is Ray Hobbs, the current Director of the Arkansas Department of Correction. See also Rule 25(d) of the Federal Rules of Civil Procedure.