```
         IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF ARKANSAS
                 PINE BLUFF DIVISION
```

MARCUS D YOUNG                                          PETITIONER

v.                    Case No. 5:09CV00378 SWW-JTK

RAY HOBBS, Director,
Arkansas Department of Correction
originally named as Larry Norris)[1]                    RESPONDENT


## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections.[2] After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of

---

[1] Under Rule 2 of the Rules Governing § 2254 Cases in the United States District Courts, the proper Respondent is the state officer who has custody of Petitioner. That officer is Ray Hobbs, the current Director of the Arkansas Department of Correction. See also Rule 25(d) of the Federal Rules of Civil Procedure.

[2] By Order entered April 19, 2011 [doc.#17], the Court granted an April 9, 2011 motion [doc.#15] of petitioner's counsel for a thirty day extension in which to file objections to the Magistrate Judge's proposed findings and recommendations and stated that petitioner's objections were now due on or before May 11, 2011. Petitioner's counsel never filed objections, however.

appealability in the final order.  In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue on which petitioner has made a substantial showing of a denial of a constitutional right. Thus, the certificate of appealability is denied.

        IT IS SO ORDERED this 20th day of May 2011.

                              <u>/s/Susan Webber Wright</u>
                              UNITED STATES DISTRICT JUDGE