IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARCUS D YOUNG                                                                    PETITIONER

v.                        Case No. 5:09CV00378 SWW-JTK

RAY HOBBS, Director,
Arkansas Department of Correction
(originally named as Larry Norris)[1]                                      RESPONDENT

### JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Petitioner's habeas petition is DISMISSED with prejudice.  A certificate of appealability is denied.

SO ADJUDGED this 20th  day of May 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Under Rule 2 of the Rules Governing § 2254 Cases in the United States District Courts, the proper Respondent is the state officer who has custody of Petitioner.  That officer is Ray Hobbs, the current Director of the Arkansas Department of Correction. See also Rule 25(d) of the Federal Rules of Civil Procedure.